IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-811-FDW-DCK

| RYAN KNOWLES, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Yale P. Haymond, concerning C. Michael Ellingburg, on January 31, 2024. C. Michael Ellingburg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. C. Michael Ellingburg is hereby admitted *pro hac vice* to represent Plaintiff.

SO ORDERED.

Signed: January 31, 2024

David C. Keesler
United States Magistrate Judge