IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-811-FDW-DCK

| | |
|---|---|
| RYAN KNOWLES, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by S. Abigail Littrell, concerning Andrew P. Burnside, on March 5, 2024. Andrew P. Burnside seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Andrew P. Burnside is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 12, 2024

David C. Keesler
United States Magistrate Judge